## Carmen M. MANZANEDA, Plaintiff-Appellant,

v.

## SETERUS, INC.; Samuel I. White, P.C., Defendants-Appellees.

### No. 17-1767

United States Court of Appeals, Fourth Circuit.

Submitted: October 27, 2017

Decided: November 3, 2017

Carmen M. Manzaneda, Appellant Pro Se. Aubrey Michele Cross, Lisa Hudson Kim, SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellees.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmen M. Manzaneda appeals the district court's order dismissing this action alleging breach of contract and violations of the Fair Debt Collection Practices Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Manzaneda v. Seterus, Inc.*, No. 1:16-cv-01216-LMB-JFA, 2017 WL 2274329 (E.D. Va. May 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*